UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
BRADLEY, LANIYA D § Case No. 10-54712
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on      .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joseph A. Baldi, Trustee_____
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-54712   CAD   Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BRADLEY, LANIYA D | Date Filed (f) or Converted (c): | 12/10/10 (f) |
| | | 341(a) Meeting Date: | 01/19/11 |
| For Period Ending: 02/29/12 | | Claims Bar Date: | 12/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Credit Union | 3.00 | 0.00 | | 0.00 | FA |
| 2. Security Deposit w/ landlord, no current value to | 0.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Goods, lien held by Rent-a | 500.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous books, cd's, videos | 200.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous costume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous costume jewelry, lien held by Cash A | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. estimated tax refund (based on 2009 refund) | 3,302.00 | 0.00 | | 0.00 | FA |
| 10. 09C7991 Debtor v. Northshore University Health Sys | 30,000.00 | 0.00 | | 10,000.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.40 | Unknown |

TOTALS (Excluding Unknown Values)   $37,005.00   $0.00   $10,000.40   $0.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled with Debtor's former employer for civil rights discrimination; Trustee examined claims; Trustee employed accountant to prepare Estate tax returns

Initial Projected Date of Final Report (TFR): 02/01/12     Current Projected Date of Final Report (TFR): 02/15/12

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-54712 -CAD | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | BRADLEY, LANIYA D | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******7217  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9170 | | | |
| For Period Ending: | 02/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 07/27/11 | 10 | NORTH SHORE UNIVERSITY HEALTHSYSTEM 1301 Central Street Evanston, IL 60201 | Settlement Proceeds: PI Claim | 10,000.00 | | | | | 10,000.00 |
| 08/31/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | | 0.08 | | | | 10,000.08 |
| 09/30/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | | 0.08 | | | | 10,000.16 |
| 10/31/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | | 0.08 | | | | 10,000.24 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -12.74 | | 9,987.50 |
| 11/30/11 | 11 | Bank of America, N.A. | Interest Rate  0.010 | | 0.08 | | | | 9,987.58 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -12.31 | | 9,975.27 |
| 12/22/11 | 000101 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19009 SPRINGFIELD, IL 62794-9009 | State Income Taxes due y/e 2011 | | | 100.00 | | | 9,875.27 |
| 12/29/11 | 11 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.08 | | | | 9,875.35 |
| 12/29/11 | | Transfer to Acct #*******2780 | Bank Funds Transfer | | | | | -9,875.35 | 0.00 |

| Account *******7217 | | Balance Forward | 0.00 | | 1 Checks | 100.00 |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 10,000.00 | | 2 Adjustments Out | 25.05 |
| | 5 | Interest Postings | 0.40 | | 1 Transfers Out | 9,875.35 |
| | | Subtotal | $ 10,000.40 | | | |
| | | | | | Total | $ 10,000.40 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 10,000.40 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM2XT

Ver: 16.05c

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-54712 -CAD | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | BRADLEY, LANIYA D | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2780  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9170 | | | |
| For Period Ending: | 02/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******7217 | Bank Funds Transfer | | | | | 9,875.35 | 9,875.35 |
| 02/07/12 | 001001 | International Sureties | TRUSTEE BOND NO. 016026455 | | | 7.81 | | | 9,867.54 |
| | | 701 Poydras Street  #420 | | | | | | | |
| | | New Orleans, LA 70139 | | | | | | | |

```
                    Account  *******2780        Balance Forward          0.00
                                          0  Deposits                    0.00        1  Checks               7.81
                                          0  Interest Postings           0.00        0  Adjustments Out      0.00
                                                                                     0  Transfers Out        0.00
                                             Subtotal              $     0.00
                                                                                        Total         $     7.81
                                          0  Adjustments In              0.00
                                          1  Transfers In            9,875.35

                                             Total                 $ 9,875.35


     Report Totals                          Balance Forward              0.00
                                          1  Deposits               10,000.00        2  Checks             107.81
                                          5  Interest Postings           0.40        2  Adjustments Out     25.05
                                                                                     1  Transfers Out    9,875.35
                                             Subtotal              $ 10,000.40
                                                                                        Total         $ 10,008.21
                                          0  Adjustments In              0.00
                                          1  Transfers In            9,875.35

                                             Total                 $ 19,875.75          Net Total Balance  $  9,867.54
```

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 29, 2012 |
|---|---|---|---|---|---|---|

Case Number:   10-54712  
Debtor Name:   BRADLEY, LANIYA D

Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | POPOWCER KATTEN, LTD. | Administrative | | $0.00 | $897.00 | $897.00 |
| 001<br>3110-00 | BALDI BERG & WALLACE, LTD. | Administrative | | $0.00 | $2,234.00 | $2,234.00 |
| 001<br>2100-00 | JOSEPH A. BALDI, TRUSTEE | Administrative | | $0.00 | $1,475.99 | $1,475.99 |
| BOND<br>001<br>2300-00 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $7.81 | $7.81 |
| 000001<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $2,664.00 | $2,324.85 | $2,324.85 |
| 000002<br>070<br>7100-00 | American InfoSource LP as agent for<br>RJM Acquisitions, LLC as assignee of<br>Fingerhut<br>PO Box 268850<br>Oklahoma City, OK 73126-8850 | Unsecured | | $0.00 | $185.02 | $185.02 |
| 999<br>8200-00 | LANIYA D BRADLEY<br>2218 W. BARRY AVE<br>#2<br>CHICAGO, IL 60618 | Unsecured<br>Surplus Funds | | $0.00 | $0.00 | $2,740.53 |
| | Case Totals: | | | $2,664.00 | $7,124.67 | $9,865.20 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-54712
Case Name: BRADLEY, LANIYA D
Trustee Name: Joseph A. Baldi, Trustee

Balance on hand  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: BALDI BERG & WALLACE, LTD. | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Sallie Mae | $ | $ | $ |
| 000002 | American InfoSource LP as agent for | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of       % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $       . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $       .