**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                              §
                                    §
BRADLEY, LANIYA D                   §     Case No. 10-54712
                                    §
          Debtor(s)                 §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn, 7th Floor
      Chicago, Illinois  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

      10:30 a.m.
      on  Thursday, May 10, 2012
      in Courtroom  742, U.S. Courthouse
      219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner_____
                                              Clerk of Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                             §
                                   §
BRADLEY, LANIYA D                  §      Case No. 10-54712
                                   §
         Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,000.40 |
| and approved disbursements of | $ | 132.86 |
| leaving a balance on hand of[1] | $ | 9,867.54 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,475.99 | $ 0.00 | $ 1,475.99 |
| Attorney for Trustee Fees: BALDI BERG & WALLACE, LTD. | $ 2,234.00 | $ 0.00 | $ 2,234.00 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 897.00 | $ 0.00 | $ 897.00 |
| Other: International Sureties | $ 7.81 | $ 7.81 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,606.99 |
| Remaining Balance | | $ | 5,260.55 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,509.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Sallie Mae | $ 2,324.85 | $ 0.00 | $ 2,324.85 |
| 000002 | American InfoSource LP as agent for | $ 185.02 | $ 0.00 | $ 185.02 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,509.87 |
| | Remaining Balance | | $ | 2,750.68 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 10.15 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,740.53 .

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-54712-CAD
Laniya D Bradley Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: dwilliams         Page 1 of 2            Date Rcvd: Apr 10, 2012
                       Form ID: pdf006          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2012.
```
db         +Laniya D Bradley,    2218 W. Barry Ave,    #2,   Chicago, IL 60618-8006
16532068   +AT & T,    PO Box 8212,   Aurora, IL 60572-8212
16532065   +Alexandria Ward,    2218 W. Barry,    Chicago, IL 60618-8006
16532066   +All Kids and Family Care,    PO Box 19121,    Springfield, IL 62794-9121
16532067   +Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
16532069   +Chela,   Attn: Bankruptcy,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
16532070   +City of Chicago,    Bureau of Parking,    121 N La Salle St RM 107 A,   Chicago, IL 60602-1232
16532071    Com Ed,   System Credit,    2100 Swiss Dr.,    Oak Brook, IL 60525
16532072   +Credit Solutions Corp,    9573 Chesapeake Dr Ste 1,    San Diego, CA 92123-1304
16532073   +Dr/bond Coll,    Po Box 498609,   Cincinnati, OH 45249-8609
16532074   +Founders Bank,    6825 W. 111th St.,    Worth, IL 60482-1800
16532075   +Freedman, Anselmo, & Lindberg,    1807 W. Diehl Rd. #200,    PO Box 3228,
             Naperville, IL 60566-3228
16532079   +JP Morgan Chase Bank, NA,    PO Box 710988,    Columbus, OH 43271-0988
16532080   +Keynote Consulting,    220 W Campus Dr Ste 102,    Arlington Heights, IL 60004-1498
16532082   +M. Jawgiel,    5487 N. Milwaukee,   Chicago, IL 60630-1249
16532086   +Rent A Center,    4735 W. Cermack,   Cicero, IL 60804-2508
17907979   +Sallie Mae,   c/o Sallie Mae Inc.,    220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17982746    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 11 2012 02:12:49
             American InfoSource LP as agent for,    RJM Acquisitions, LLC as assignee of,   Fingerhut,
             PO Box 268850,   Oklahoma City, OK  73126-8850
16532076   +E-mail/Text: bkynotice@harvardcollect.com Apr 11 2012 01:46:09     Harvard Collection,
             4839 N Elston Ave,    Chicago, IL 60630-2589
16532077   +E-mail/Text: Bankruptcy@icsystem.com Apr 11 2012 03:07:13     I C System Inc,   Po Box 64378,
             Saint Paul, MN 55164-0378
16532078    E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Apr 11 2012 02:35:01       ISAC,   1755 Lake Cook Rd,
             Deerfield, IL 60015-5209
16532081   +E-mail/Text: resurgentbknotifications@resurgent.com Apr 11 2012 01:26:14     Lvnv Funding Llc,
             Po Box 740281,   Houston, TX 77274-0281
16532083   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 11 2012 01:28:52     Midland Credit Management,
             Po Box 939019,   San Diego, CA 92193-9019
16532084   +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 11 2012 03:11:06     Nco Fin 15,
             507 Prudential Rd,    Horsham, PA 19044-2368
16532085   +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Apr 11 2012 02:37:31     Northwest Collectors,
             3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3126
                                                                                              TOTAL: 8
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 12, 2012**           **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: dwilliams            Page 2 of 2             Date Rcvd: Apr 10, 2012
                              Form ID: pdf006            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2012 at the address(es) listed below:
         John C Crees    on behalf of Debtor Laniya Bradley crees@pacatrust.com
         Joseph A Baldi    jabaldi@baldiberg.com, jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
         Joseph A Baldi    on behalf of Trustee Joseph Baldi jabaldi@baldiberg.com,
          jabaldi@ameritech.net;jmanola@baldiberg.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Terrance S Leeders    on behalf of Debtor Laniya Bradley tleeders@leederslaw.com
                                                                                             TOTAL: 5

Case 10-54712    Doc 35    Filed 04/10/12    Entered 04/12/12 23:48:26    Desc Imaged
Certificate of Notice    Page 6 of 6