UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| BRADLEY, LANIYA D | § | Case No. 10-54712 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LANIYA D BRADLEY |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Dr/bond Coll Po Box 498609 Cincinnati, OH 45249 |  |  |  |  |  |
|  | Rent A Center 4735 W. Cermack Cicero, IL 60804 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| BALDI BERG & WALLACE, LTD. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT & T PO Box 8212 Aurora, IL 60572 | | | | | |
| | All Kids and Family Care PO Box 19121 Springfield, IL 62794 | | | | | |
| | Arrow Financial Services 5996 W Touhy Ave Niles, IL 60714 | | | | | |
| | City of Chicago Bureau of Parking 121 N La Salle St RM 107 A Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Com Ed System Credit 2100 Swiss Dr. Oak Brook, IL 60525 | | | | | |
| | Credit Solutions Corp 9573 Chesapeake Dr Ste 1 San Diego, CA 92123 | | | | | |
| | Founders Bank 6825 W. 111th St. Worth, IL 60482 | | | | | |
| | Freedman, Anselmo, & Lindberg 1807 W. Diehl Rd. #200 PO Box 3228 Naperville, IL 60566-7228 | | | | | |
| | Harvard Collection 4839 N Elston Ave Chicago, IL 60630 | | | | | |
| | I C System Inc Po Box 64378 Saint Paul, MN 55164 | | | | | |
| | ISAC 1755 Lake Cook Rd Deerfield, IL 60015-5209 | | | | | |
| | JP Morgan Chase Bank, NA PO Box 710988 Columbus, OH 43271 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Keynote Consulting 220 W Campus Dr Ste 102 Arlington Heights, IL 60004 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | M. Jawgiel 5487 N. Milwaukee Chicago, IL 60630 | | | | | |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | Nco Fin 15 507 Prudential Rd Horsham, PA 19044 | | | | | |
| | Northwest Collectors 3601 Algonquin Rd Ste 23 Rolling Meadows, IL 60008 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | SALLIE MAE | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | SALLIE MAE | | | | | |
| | BRADLEY, LANIYA D | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - LANIYA D. BRADLEY
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-54712 CAD Judge: Carol A. Doyle | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | BRADLEY, LANIYA D | | Date Filed (f) or Converted (c): | 12/10/10 (f) |
| | | | 341(a) Meeting Date: | 01/19/11 |
| For Period Ending: 07/25/12 | | | Claims Bar Date: | 12/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Credit Union | 3.00 | 0.00 | | 0.00 | FA |
| 2. Security Deposit w/ landlord, no current value to | 0.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Goods, lien held by Rent-a | 500.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous books, cd's, videos | 200.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous costume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous costume jewelry, lien held by Cash A | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. estimated tax refund (based on 2009 refund) | 3,302.00 | 0.00 | | 0.00 | FA |
| 10. 09C7991 Debtor v. Northshore University Health Sys | 30,000.00 | 0.00 | | 10,000.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.40 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $37,005.00 | $0.00 | | $10,000.40 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled with Debtor's former employer for civil rights discrimination; Trustee examined claims; Trustee employed accountant to prepare Estate tax returns

Initial Projected Date of Final Report (TFR): 02/01/12     Current Projected Date of Final Report (TFR): 02/15/12

/s/     Joseph A. Baldi, Trustee
_____     Date: 07/25/12

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 16.06d

**FORM 1 - LANIYA D. BRADLEY**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No.: | 10-54712    CAD    Judge: Carol A. Doyle | Trustee Name:    Joseph A. Baldi, Trustee |
| Case Name: | BRADLEY, LANIYA D | Date Filed (f) or Converted (c):    12/10/10 (f) |
| | | 341(a) Meeting Date:    01/19/11 |
| | | Claims Bar Date:    12/05/11 |

JOSEPH A. BALDI, TRUSTEE

FORM 2 — LANIYA D. BRADLEY

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-54712 -CAD | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | BRADLEY, LANIYA D | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******7217 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9170 | | | |
| For Period Ending: | 07/25/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 07/27/11 | 10 | NORTH SHORE UNIVERSITY HEALTHSYSTEM<br>1301 Central Street<br>Evanston, IL 60201 | Settlement Proceeds: PI Claim | 1142-000 | 10,000.00 | | 10,000.00 |
| C 08/31/11 | 11 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.08 |
| C 09/30/11 | 11 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.16 |
| C 10/31/11 | 11 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.24 |
| C 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 12.74 | 9,987.50 |
| C 11/30/11 | 11 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,987.58 |
| C 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 12.31 | 9,975.27 |
| C 12/22/11 | 000101 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19009<br>SPRINGFIELD, IL 62794-9009 | State Income Taxes due y/e 2011 | 2820-000 | | 100.00 | 9,875.27 |
| C 12/29/11 | 11 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,875.35 |
| C 12/29/11 | | Transfer to Acct #*******2780 | Bank Funds Transfer | 9999-000 | | 9,875.35 | 0.00 |

Page Subtotals  10,000.40  10,000.40

Ver: 16.06d

FORM 2 — LANIYA Q. BRADLEY

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-54712 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- |
| Case Name: | BRADLEY, LANIYA D | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******7217 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9170 | | |
| For Period Ending: | 07/25/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 10,000.40 | 10,000.40 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 9,875.35 | |
| | | | Subtotal | | 10,000.40 | 125.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,000.40 | 125.05 | |

| | | | Page Subtotals | | 0.00 | 0.00 | |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2 - LANIYA D BRADLEY

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-54712 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | BRADLEY, LANIYA D | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2780 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9170 | | |
| For Period Ending: | 07/25/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 12/29/11 | | Transfer from Acct #*******7217 | Bank Funds Transfer | 9999-000 | 9,875.35 | | 9,875.35 |
| C 02/07/12 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 7.81 | 9,867.54 |
| C 05/11/12 | 001002 | JOSEPH A. BALDI, TRUSTEE | Trustee Compensation | 2100-000 | | 1,475.99 | 8,391.55 |
| C 05/11/12 | 001003 | BALDI BERG & WALLACE, LTD. | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,234.00 | 6,157.55 |
| C 05/11/12 | 001004 | POPOWCER KATTEN, LTD. | Accountant for Trustee Fees (Other | 3410-000 | | 897.00 | 5,260.55 |
| C 05/11/12 | 001005 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706<br><br>Claim 2,324.85<br>Interest 4.49 | Claim 000001, Payment 100.19313%<br><br><br><br><br>7100-000<br>7990-000 | | | 2,329.34 | 2,931.21 |
| C 05/11/12 | 001006 | American InfoSource LP as agent for<br>RJM Acquisitions, LLC as assignee of<br>Fingerhut<br>PO Box 268850<br>Oklahoma City, OK 73126-8850<br><br>Claim 185.02<br>Interest 0.36 | Claim 000002, Payment 100.19457%<br><br><br><br><br><br>7100-000<br>7990-000 | | | 185.38 | 2,745.83 |
| | | | Page Subtotals | | 9,875.35 | 7,129.52 | |

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2 LANIYA D BRADLEY

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 10-54712 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BRADLEY, LANIYA D | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2780 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9170 | | |
| For Period Ending: | 07/25/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 05/11/12 | 001007 | LANIYA D BRADLEY<br>2218 W. BARRY AVE<br>#2<br>CHICAGO, IL 60618 | Surplus Funds<br><br>Claim 2,740.53<br>Interest 5.30 | <br><br>8200-002<br>7990-000 | | 2,745.83 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 9,875.35 | 9,875.35 | 0.00 |
| Less: Bank Transfers/CD's | 9,875.35 | 0.00 | |
| Subtotal | 0.00 | 9,875.35 | |
| Less: Payments to Debtors | | 2,745.83 | |
| Net | 0.00 | 7,129.52 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| Money Market Account (Interest Earn - ********7217 | 10,000.40 | 125.05 | 0.00 |
| Checking Account (Non-Interest Earn - ********2780 | 0.00 | 7,129.52 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,000.40 | 7,254.57 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    2,745.83

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*